KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711

Attorneys for Plaintiff Ian Hunter, Ph.D., as Chair of the Trustees of the Unemployment Services Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER, Ph.D, as Chair of the Trustees of the UNEMPLOYMENT INSURANCE TRUST, a California grantor trust,<br><br>Plaintiff,<br><br>v.<br><br>OHIO INDEMNITY COMPANY, et al.,<br><br>Defendants. | NO. C 06-03524-BZ<br><br>PROOF OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

I, Harvey J. Sande, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 1611 Telegraph Avenue, Suite 707, Oakland, CA 94612-2145.

I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 2, 2006, at my place of business at Oakland, California, I placed true copies of:

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

ECF REGISTRATION INFORMATION HANDOUT

WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

in a sealed envelope, with postage fully prepaid, addressed to:

Robert G. Seeds, Esq.
Greenan Peffer Sallander & Lally LLP
6111 Bollinger Canyon Road #500
San Ramon, CA 94583

I placed that envelope for collection and mailing on that date following ordinary business practices.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 2, 2006

____________________
Harvey J. Sande