Robert L. Sallander, Jr., SBN 118352
Robert G. Seeds, SBN 112026
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road
Suite 500
San Ramon, CA 94583
PHONE: (925) 866-1000
FAX: (925) 830-8787

Attorneys for Defendant
Ohio Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Insurance Trust, a California Grantor Trust<br><br>Plaintiff,<br><br>vs.<br><br>Ohio Indemnity Company et al,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR COMPLETION OF ENE** |

**THE PARTIES HERETO STIPULATE AS FOLLOWS:**

1. The Court has ordered the parties to complete ENE by December 15, 2006. C. Delos Putz has been appointed as the evaluator.

2. The parties have conferred with Mr. Putz to identify a date on or before December 15, 2006 when the parties, their counsel, and Mr. Putz can all participate in the ENE procedure. However, because of various commitments made by the parties, their counsel, and Mr. Putz, there is no such date.

3. The parties have confirmed that the parties, their counsel, and Mr. Putz can all participate in the ENE procedure on January 23, 2007, and have tentatively scheduled the ENE for that date, pending the Court's agreement to extend the deadline to accommodate that new date, which the parties hereby ask the Court to provide.

1

| | | |
|---|---|---|
| 1 | Dated: November 15, 2006 | MARION'S INN |
| 2 | | By: *Mark Palley* |
| 3 | | Attorneys for plaintiff |
| 4 | Dated: November 15, 2006 | |
| 5 | | By: *[signature]* |
| 6 | | Attorneys for defendant |

**ORDER**

The Court hereby continues the deadline for completing ENE in this case to January 31, 2007.

**IT IS SO ORDERED**

Dated: November 21, 2006

By: *Jeffrey S. White*
Hon. Jeffrey S. White, Judge of the United States District Court

---

2

STIPULATION AND [~~PROPOSED~~] ORDER RE ENE DEADLINE                    Case No. C 06-3524 JSW