UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER, Ph.D, as Chair of the Trustees of the UNEMPLOYMENT INSURANCE TRUST, a California grantor trust,<br><br>Plaintiff,<br><br>v.<br><br>OHIO INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING FILING OF FIRST AMENDED COMPLAINT AND CONTINUING TRIAL AND PRETRIAL SCHEDULE |

Based on the stipulation of Plaintiff Ian Hunter, as the Chair of the Board of Trustees of Unemployment Services Trust ("UST"), and defendant Ohio Indemnity Company ("OIC"), the Court orders as follows:

1. Defendant OIC having consented to the filing by plaintiff of his First Amended Complaint, that amended complaint, submitted on February 16, 2007, is filed without need for leave of court pursuant to Fed. R. Civ. P. 15(a). If leave of court under Rule 15(a) were required, such leave is granted.

2. The answer to the complaint filed by OIC is deemed to be OIC's response to the First Amended Complaint, without any further responsive pleading being required to be filed by OIC.

3. The case management order should be amended to reflect the following continued scheduling dates:

    a. The trial date, currently set for August 20, 2007, is continued to <u>October 29</u>, 2007.

ORDER FILING AMENDED
COMPLAINT & TRIAL CONTINUANCE - NO. C 06-3524 JSW         1

1            b.      The last day to supplement disclosures, currently set for
2 February 9, 2007, is continued to May 9, 2007.
3            c.      The last day for non-expert discovery, currently set for March
4 12, 2007, is continued to June 11, 2007.
5            d.      The last day for expert disclosures, currently set for March 27,
6 2007, is continued to June 25, 2007.
7            e.      The last day for expert discovery, currently set for April 11,
8 2007, is continued to July 17, 2007.
9            f.      The last day to hear dispositive motions and further case
10 management conference, currently set for May 11, 2007, is continued to ~~August~~ July 27, 2007.
11 ~~SO ORDERED.~~ The pretrial conference is continued to October 1, 2007.
12 IT IS SO ORDERED.

14 Dated: February 26, 2007            *Jeffrey S. White*
15                                             UNITED STATES DISTRICT JUDGE

ORDER FILING AMENDED
COMPLAINT & TRIAL CONTINUANCE - NO. C 06-3524 JSW         2