1  Robert L. Sallander, Jr., SBN 118352
   Robert G. Seeds, SBN 112026
2  Greenan, Peffer, Sallander & Lally LLP
   6111 Bollinger Canyon Road
3  Suite 500
   San Ramon, CA  94583
4  PHONE: (925) 866-1000
   FAX: (925) 830-8787
5
   Attorneys for Defendant
6  Ohio Indemnity Company

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10 Ian Hunter, Ph.D, as Chair of the Trustees of  )  Case No. C 06-3524 JSW
   the Unemployment Insurance Trust, a           )
11 California Grantor Trust                      )  STIPULATION (AND ORDER) TO AMEND
                                                 )  SCHEDULING ORDER
12              Plaintiff,                       )
                                                 )
13    vs.                                        )
                                                 )
14 Ohio Indemnity Company et al,                 )
                                                 )
15              Defendants.                      )
                                                 )
16                                               )
                                                 )
17 PLAINTIFF AND DEFENDANT HEREBY STIPULATE AS FOLLOWS:

18       1. The last date to supplement initial disclosures shall be August 15, 2007.

19       2. The last date to complete discovery shall be October 1, 2007.

20       3. The last date to exchange expert disclosures shall be October 22, 2007.

21       4. The last date to file a dispositive motion shall be October 22, 2007.

22       5. The last date to supplement expert disclosures shall be November 1, 2007.

23       6. The last date for a magistrate settlement conference shall be December 14, 2007.

24

25 August 1, 2007

26                   By:  /s/ Robert Seeds
                         Robert Seeds, attorneys for Ohio Indemnity Co.
27

28
                                        1

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER    Case No. C 06-3524 JSW

1 | August 1, 2007

2 | By: /s/ Mark Palley
3 | Attorneys for Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Insurance Trust, a California Grantor Trust

5 | ORDER

6 | Based on the stipulation of the parties, and for good cause shown, it is hereby ordered that

7 | 1. The last date to supplement initial disclosures shall be August 15, 2007.

8 | 2. The last date to complete discovery shall be October 1, 2007.

9 | 3. The last date to exchange expert disclosures shall be October 22, 2007.

10 | 4. The last date to supplement expert disclosures shall be November 1, 2007.

11 | 4. The last date to file a dispositive motion shall be October 22, 2007.

12 | 5. The last date for a magistrate settlement conference shall be December 14, 2007.
13 | Any dispositive motion filed by October 22, 2007 shall be heard on December 7, 2007 at 9:00 a.m.

14 | IT IS SO ORDERED

15 | August 8 , 2007

_____
Hon. Jeffrey White, United States District Court

---

2

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER     Case No. C 06-3524 JSW