**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN HUNTER,

    Plaintiff,

v.

OHIO INDEMNITY COMPANY,

    Defendant.
_____/

No. C 06-03524 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on September 18, 2007 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance, if any, by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: September 19, 2007

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

cc:    Wings Hom