```
 1  KENNEDY P. RICHARDSON, Cal. Bar No. 62516
    MARK PALLEY, Cal. Bar No. 120073
 2  MARION'S INN
    1611 Telegraph Avenue, Suite 707
 3  Oakland, California 94612-2145
    Telephone: (510) 451-6770
 4  Facsimile: (510) 451-1711

 5  Attorneys for Plaintiff Ian Hunter, Ph.D.,
    as Chair of the Trustees of the
 6  Unemployment Services Trust
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER, Ph.D, as Chair of the Trustees of the UNEMPLOYMENT SERVICES TRUST, a California grantor trust,<br><br>Plaintiff,<br><br>v.<br><br>OHIO INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>STIPULATION FOR ORDER AMENDING CASE MANAGEMENT ORDER |

Plaintiff Ian Hunter, as the Chair of the Board of Trustees of Unemployment Services Trust ("UST"), and defendant Ohio Indemnity Company ("OIC"), stipulate to an order amending the case management order to change the last day for non-expert discovery from October 1, 2007 to October 5, 2007. There is good cause for this change, in that it will allow the parties to depose two witnesses in Columbus, Ohio, together. The parties have been diligently attempting to schedule the final round of depositions, but have encountered some trouble finding dates that work for both the witnesses and counsel. If the discovery deadline is not extended, the parties may need to make two separate trips to Columbus, or alternatively bring two sets of lawyers from California to take both depositions on or before October 1.

STIPULATION FOR AMENDED
CASE MANAGEMENT ORDER
NO. C 06-3524 JSW                                        1

Respectfully submitted,

Dated: September 24, 2007              MARION'S INN


                                       By /s/ Mark Palley
                                              Mark Palley

                                       Attorneys for Plaintiff Ian Hunter, Ph.D, as
                                       Chair of the Trustees of the Unemployment
                                       Services Trust


Dated: September 24, 2007              GREENEN PEFFER SALLANDER & LALLY
                                       LLP


                                       By /s/ Robert G. Seeds
                                              Robert G. Seeds

                                       Attorneys for Defendant Ohio Indemnity
                                       Company Trust


O R D E R

Based on the parties' stipulation, the Court changes the deadline for non-expert discovery from October 1, 2007 to October 5, 2007.

SO ORDERED.

DATED:    September 26, 2007


                                       _____
                                       U.S. DISTRICT COURT JUDGE
                                        by Hon. Phyllis J. Hamilton


STIPULATION FOR AMENDED
CASE MANAGEMENT ORDER
NO. C 06-3524 JSW                        2