IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN HUNTER,

    Plaintiff,

  v.

OHIO INDEMNITY COMPANY,

    Defendant.
_____/

No. C 06-03524 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on December 7, 2007 on the motion for summary judgment filed by defendant Ohio Indemnity Company ("Ohio Indemnity"). The Court HEREBY ORDERS that Plaintiff's opposition to this motion shall be due by Tuesday, November 6, 2007 and Ohio Indemnity's reply, if any, shall be due by Tuesday, November 13, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 23, 2007

                                        JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE