KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711

Attorneys for Plaintiff Ian Hunter, Ph.D.,
as Chair of the Trustees of the
Unemployment Services Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER, Ph.D, as Chair of the Trustees of the UNEMPLOYMENT SERVICES TRUST, a California grantor trust,<br><br>Plaintiff,<br><br>v.<br><br>OHIO INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>STIPULATION FOR ORDER AMENDING CASE MANAGEMENT ORDER AND BRIEFING SCHEDULE RE MOTION FOR SUMMARY JUDGMENT<br><br>Trial: 3/3/08<br>Pretrial Conference: 2/11/08<br>Summary Judgment Hearing: 12/7/07 |

Plaintiff Ian Hunter, as the Chair of the Board of Trustees of Unemployment Services Trust ("UST"), and defendant Ohio Indemnity Company ("OIC"), stipulate to an order amending the case management order and the summary-judgment-motion scheduling order as follows:

1. The last day for plaintiff to file and serve its opposition to defendant's motion for summary judgment should be changed from Tuesday, November 6, 2007, to Thursday, November 8, 2007.

2. The last day for defendant to file and serve its reply in support of that motion for summary judgment should be changed from Tuesday, November 13, 2007, to Friday, November 16, 2007.

3. The date for the hearing on that motion is unchanged.

1         4.      The last day for the parties to supplement their expert witness disclosures should be changed from Thursday, November 1, 2007, to Monday, December 31, 2007. This extension is appropriate and efficient, since the supplemental expert disclosure is unrelated to the pending summary-judgment motion, is unnecessary for purposes of the settlement conference before a Magistrate Judge, which must be completed by December 14, 2007, and will still give the parties ample time for any final expert discovery.

        5.      The expert discovery cutoff date should be Friday, January 18, 2008. The stipulation and order of August 8, 2007 amended the case management order to continue other expert-disclosure dates, but did not mention the expert-discovery cutoff. The parties request the January 18, 2008 deadline so that they can complete expert discovery after the settlement conference, and still have sufficient time to prepare the joint pretrial conference submissions, due January 28, 2008.

Respectfully submitted,

Dated: October 24, 2007          MARION'S INN

By _____
       Mark Palley

*Digitally signed by Mark Palley*
*DN: cn=Mark Palley, o=Marion's Inn, ou, email=mp@marionsinn.com, c=US*
*Date: 2007.10.24 16:13:59 -07'00'*

Attorneys for Plaintiff Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Services Trust

Dated: October 24, 2007          GREENEN PEFFER SALLANDER & LALLY LLP

By _____
       Robert G. Seeds

Attorneys for Defendant Ohio Indemnity Company Trust

STIPULATION & ~~PROPOSED~~ ORDER
FOR AMENDED CASE MANAGEMENT
ORDER & BRIEFING SCHEDULE
NO. C 06-3524 JSW          2

1
2                                    O R D E R
3
4           Based on the parties' stipulation, the Court orders as follows:
5           1.      The last day for plaintiff to file and serve its opposition to
6    defendant's motion for summary judgment is Thursday, November ~~8,~~ 6, 2007.
7           2.      The last day for defendant to file and serve its reply in support of that
8    motion for summary judgment is Friday, November ~~16,~~ 13, 2007.
9           3.      The last day for the parties to supplement their expert witness
10   disclosures is Monday, December 31, 2007.
11          4.      The expert discovery cutoff date is Friday, January 18, 2008.
12       SO ORDERED.   This Order is without prejudice to the parties submitting another
                       stipulation to continue the deadlines related to the motion for summary
13                     judgment upon a showing of good cause.
14   DATED:      October 30, 2007           .
15
16
17                                  _____
18                                  U.S. DISTRICT COURT JUDGE

STIPULATION & PROPOSED ORDER
FOR AMENDED CASE MANAGEMENT
ORDER & BRIEFING SCHEDULE
NO. C 06-3524 JSW                           3