KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711

Attorneys for Plaintiff Ian Hunter, Ph.D.,
as Chair of the Trustees of the
Unemployment Services Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER, Ph.D, as Chair of the Trustees of the UNEMPLOYMENT SERVICES TRUST, a California grantor trust,<br><br>Plaintiff,<br><br>v.<br><br>OHIO INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE RE MOTION FOR SUMMARY JUDGMENT<br><br>TRIAL: March 3, 2008 |

Plaintiff Ian Hunter, as the Chair of the Board of Trustees of Unemployment Services Trust ("UST"), and defendant Ohio Indemnity Company ("OIC"), stipulate to an order amending the summary-judgment-motion scheduling order as follows:

1. The last day for plaintiff to file and serve its opposition to defendant's motion for summary judgment should be changed from Tuesday, November 6, 2007, to Thursday, November 8, 2007. The last day for defendant to file and serve its reply in support of that motion for summary judgment should be changed from Tuesday, November 13, 2007, to Friday, November 16, 2007.

2. The Court denied this request earlier without prejudice to the parties' making a sufficient showing of good cause. There is good cause for these brief extensions for the following reasons: Plaintiff's counsel had planned to attend his

STIPULATION FOR AMENDED
BRIEFING SCHEDULE
NO. C 06-3524 JSW                    1

cousin's wedding in Albuquerque, New Mexico, on Saturday, November 4, 2007. He and his wife are confirmed to fly out Friday evening and to return on Sunday, November 5, 2007. Plaintiff's counsel had planned not to work on the opposing papers over the week-end. If the current schedule is not continued, they may have to cancel the visit in order to make sure the opposition is finished under the Court's deadline.

3. In addition, plaintiff was served with the moving papers on Monday, October 22, 2007. At that time, no briefing schedule had been set. The Court set a briefing schedule that afternoon. Based on the travel plans and the brief time for the opposition under the briefing schedule, and in light of the indication in the order that the briefing schedule was subject to change by stipulation, plaintiff requested, and defendant agreed, to stipulate to extend the briefing schedule to November 8 (an extra two days) for the opposition papers, and November 16 for the reply (an extra day). Plaintiff is also arranging for declarations to be submitted by witnesses who reside in Ohio and Southern California. There may be logistical problems in finalizing the declarations under the current schedule. Anticipating that request for a two-day extension would be granted based on the stipulation, plaintiff's counsel worked on other business much of last week (including expert disclosures in this case, a discovery motion and related discovery issues in a case pending in Solano County Superior Court involving a dispute between a hospital system and a health plan over emergency billing, and a fee-dispute issue in a case in arbitration). Plaintiff anticipates that ECF filing of the opposing papers may itself be complicated and time-consuming. The extra two days will make it easier to finalize and file the papers. Defendant requests the additional day to prepare its reply papers and to respond to any new evidence or issues presented. Given that the hearing is scheduled for December 7, the Court and its staff will have three weeks to consider the papers before the currently-scheduled hearing date.

STIPULATION FOR AMENDED
BRIEFING SCHEDULE
NO. C 06-3524 JSW                                    2

Respectfully submitted,

Dated: October 30, 2007         MARION'S INN

By *Mark Palley* (Digitally signed by Mark Palley, DN: cn=Mark Palley, o=Marion's Inn, ou, email=mp@marionsinn.com, c=US, Date: 2007.10.30 16:27:22 -08'00')
_____
Mark Palley

Attorneys for Plaintiff Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Services Trust

Dated: October 30, 2007         GREENEN PEFFER SALLANDER & LALLY LLP

By _____
Robert G. Seeds

Attorneys for Defendant Ohio Indemnity Company Trust

STIPULATION FOR AMENDED
BRIEFING SCHEDULE
NO. C 06-3524 JSW                    3

O R D E R

Based on the parties' stipulation, and good cause appearing, the last day for plaintiff to file and serve its opposition to defendant's motion for summary judgment is changed from Tuesday, November 6, 2007, to Thursday, November 8, 2007, and the last day for defendant to file and serve its reply in support of that motion for summary judgment is changed from Tuesday, November 13, 2007, to ~~Friday, November 16,~~ Thursday, November 15 2007.

SO ORDERED.

DATED: November 1, 2007

_____
U.S. DISTRICT COURT JUDGE

STIPULATION FOR AMENDED
BRIEFING SCHEDULE
NO. C 06-3524 JSW     4