IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN HUNTER,

    Plaintiff,

v.

OHIO INDEMNITY COMPANY,

    Defendant.

                                          /

No. C 06-03524 JSW

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The Court HEREBY VACATES the deadline of December 14, 2007 previously set by the Court. The settlement conference shall be conducted within ninety days, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: November 19, 2007

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

cc:    Wings Hom