<div style="text-align:left; font-style:italic;">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER,<br><br>    Plaintiff,<br><br>  v.<br><br>OHIO INDEMNITY COMPANY,<br><br>    Defendant.<br>_____/ | No. C 06-03524 JSW<br><br>**ORDER (1) DIRECTING OHIO INDEMNITY COMPANY TO FILE REVISED PAPERS AND (2) CONTINUING HEARING** |

    This matter is set for a hearing on December 7, 2007 on the motion for summary judgment filed by defendant Ohio Indemnity Company ("Ohio Indemnity"). In support of the pending motion, Ohio Indemnity submitted declarations from attorneys Robert L. Sallander, Jr. and Robert Glen Seeds which summarize the testimony from several depositions and attach excerpts from these depositions. In its opening and reply briefs, Ohio Indemnity then cites to paragraphs from the declaration describing the depositions and attaching the lengthy excerpts. It is not the Court's task to "scour the record." *See Keenan v. Allan*, 91 F.3d 1275, 1279 (9th Cir. 1996) (quoting *Richards v. Combined Ins. Co.*, 55 F.3d 247, 251 (7th Cir. 1995)). Therefore, the Court directs Ohio Indemnity to submit revised opening and reply briefs and declarations by Mr. Sallander and Mr. Seeds by December 7, 2007. The declarations shall omit any characterizations of the deposition testimony and shall attach the relevant deposition excerpts. Rather than citing to paragraphs from the declarations which in turn describe several depositions and attach lengthy excerpts from such depositions, the briefs shall cite to the

specific page and lines of the deposition excerpts which provide support for the facts. Ohio Indemnity shall not make any other changes to their briefs or supporting declarations.

The Court HEREBY CONTINUES the hearing on Ohio Indemnity's motion for summary judgment to January 4, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 28, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE