1   Robert L. Sallander, Jr., SBN 118352
    Robert G. Seeds, SBN 112026
2   Greenan, Peffer, Sallander & Lally LLP
    6111 Bollinger Canyon Road
3   Suite 500
    San Ramon, CA 94583
4   PHONE: (925) 866-1000
    FAX: (925) 830-8787
5
    Attorneys for Defendant
6   Ohio Indemnity Company

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  Ian Hunter, Ph.D, as Chair of the Trustees of  )  Case No. C 06-3524 JSW
    the Unemployment Insurance Trust, a            )
11  California Grantor Trust                       )  STIPULATION (AND ORDER) TO AMEND
                                                   )  SCHEDULING ORDER
12                   Plaintiff,                    )
                                                   )
13      vs.                                        )
                                                   )
14  Ohio Indemnity Company et al,                  )
                                                   )
15                   Defendants.                   )
                                                   )
16                                                 )
    _____)_
17          Plaintiff and Defendant hereby agree that the last day to complete expert discovery in this case

18  should be postponed to February 29, 2008. There is good cause of this change, for the following

19  reasons. The last day to complete expert discovery is currently scheduled for January 18. At this

20  point, initial and supplemental disclosures have occurred, but, no depositions have been taken,

21  because the Court was not scheduled to hear defendant's Motion for Summary Judgment until

22  January 4, 2008, and, it was at least possible that the Court's order on that motion could affect the

23  range of expert discovery that one or both of the parties wished to take. That hearing has now

24  occurred, but the parties still do not know the result. Furthermore, the parties will soon, on the

25  Court's direction, be preparing a plan for additional discovery, and that discovery could at least

26  theoretically impact the range of expert discovery that one or both of the parties might wish to take.

27  Finally, the parties are currently attempting to schedule a mediation session that would in all

28  likelihood occur in the second half of January or the first half of February; it would be more efficient

                                                    1

to conduct this mediation before incurring the expense of completing significant additional expert discovery.

January 7, 2008

By: /s/ Robert Seeds
Robert Seeds, attorneys for Ohio Indemnity Co.

January 7, 2008

Digitally signed by Mark Palley
DN: cn=Mark Palley, o=Marion's Inn, ou,
email=mp@marionsinn.com, c=US
Date: 2008.01.07 14:22:12 -08'00'

By: /s/ Mark Palley
Attorneys for Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Insurance Trust, a California Grantor Trust

ORDER

Based on the stipulation of the parties, and for good cause shown, it is hereby ordered that the last date to conduct expert discovery shall be February 29, 2008.

IT IS SO ORDERED

January 8  , 2008

Hon. Jeffrey White, United States District Court