Robert L. Sallander, Jr., SBN 118352
Robert G. Seeds, SBN 112026
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Defendant
Ohio Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Insurance Trust, a California Grantor Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Ohio Indemnity Company et al,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>STIPULATION (AND ORDER) TO AMEND SCHEDULING ORDER |

Plaintiff and Defendant hereby agree that the last day to complete expert discovery in this case, currently set for February 29, 2008, should be vacated and re-set in conjunction with the setting of new pretrial conference and trial dates. There is good cause of this change, for the following reasons. First, plaintiff intends to move for leave to file a second amended complaint. Second, the parties have not yet completed factual discovery on the amended claims and the setoff issues, and the experts will probably need to review additional information from this discovery and perhaps

1

supplement their reports before they can be fully deposed. For each reason it would be more efficient to reset the expert discovery deadline in relation to the setting of other dates that remain to be set.

February 15, 2008

By: /s/ Robert Seeds
Robert Seeds, attorneys for Ohio Indemnity Co.

February 15, 2008

By: /s/ Mark Palley
Attorneys for Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Insurance Trust, a California Grantor Trust

Digitally signed by Mark Palley
DN: cn=Mark Palley, o=Marion's Inn, ou, email=mp@marionsinn.com, c=US
Date: 2008.02.19 14:57:39 -08'00'

ORDER

Based on the stipulation of the parties, and for good cause shown, it is hereby ordered that the last date to conduct expert discovery shall be vacated, and shall be re-set in conjunction with the setting of new pretrial conference and trial dates.

IT IS SO ORDERED

February 20, 2008

Hon. Jeffrey S. White, Judge of the Court

IT IS SO ORDERED
Judge Jeffrey S. White

2

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER    Case No. C 06-3524 JSW