1  KENNEDY P. RICHARDSON, Cal. Bar No. 62516
   MARK PALLEY, Cal. Bar No. 120073
2  MARION'S INN
   1611 Telegraph Avenue, Suite 707
3  Oakland, California 94612-2145
   Telephone: (510) 451-6770
4  Facsimile: (510) 451-1711

5  Attorneys for Plaintiff Ian Hunter, Ph.D.,
   as Chair of the Trustees of the
6  Unemployment Services Trust

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 IAN HUNTER, Ph.D, as Chair of the Trustees )  Case No. C 06-3524 JSW
   of the UNEMPLOYMENT SERVICES            )
12 TRUST, a California grantor trust,       )  STIPULATION FOR ORDER
                                            )  CONTINUING CASE MANAGEMENT
              Plaintiff,                    )  CONFERENCE
13                                          )
   v.                                       )  TRIAL: Not Set
14                                          )
   OHIO INDEMNITY COMPANY, et al.,          )
15                                          )
              Defendants.                   )
16 _____)

17       Plaintiff Ian Hunter, as the Chair of the Board of Trustees of the Unemployment

18 Services Trust ("UST"), and defendant Ohio Indemnity Company ("OIC"), stipulate to an

19 order continuing the case management conference, scheduled for 1:30 p.m. on Friday,

20 March 7, 2008 pursuant to the Court's February 4, 2008 order, to Friday, March 14, 2008,

21 at 1:30 p.m., or Friday, March 21, 2007, at 1:30 p.m.

22       There is good cause for this continuance to avoid a personal scheduling conflict of

23 plaintiff's lead counsel, Mark Palley. That weekend is his mother's 80th birthday, and her

24 children and grandchildren are planning to take her on a weekend cruise from Long

25 Beach, California, to Ensenada, Mexico, returning Monday morning. The ship leave at

26 5:00 pm on Friday, March 7, and he plans to get on a flight from Oakland to LAX at

27 noon. Taking a flight after 2:00 p.m. is not advisable. The family booked the cruise in

28 late January or early February, before the Court scheduled the case management

STIPULATION FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
NO. C 06-3524 JSW                          1

1  conference in its order of February 4. If the conference cannot be continued, plaintiff's

2  counsel requests the Court's leave to appear by telephone and to allow his associate to

3  appear in person at the conference.

4          Respectfully submitted,

5  Dated: February 26, 2008          MARION'S INN

6  
7          *Mark Palley*          Digitally signed by Mark Palley
                                    DN: cn=Mark Palley, o=Marion's
                                    Inn, ou, email=mp@marionsinn.
                                    com, c=US
                                    Date: 2008.02.26 14:53:15 -08'00'

8          By _____
                    Mark Palley
9
          Attorneys for Plaintiff Ian Hunter, Ph.D, as
10        Chair of the Trustees of the Unemployment
          Services Trust
11

12
   Dated: February 26, 2008          GREENEN PEFFER SALLANDER & LALLY
13                                    LLP

14

15
          By _____
16                    Robert G. Seeds

17        Attorneys for Defendant Ohio Indemnity
          Company Trust
18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
NO. C 06-3524 JSW                    2

ORDER

Based on the parties' stipulation, and good cause appearing, the case management conference is continued to March 14 , 2008 at 1:30 p.m.

SO ORDERED.

DATED:        February 28, 2008

_____
U.S. DISTRICT COURT JUDGE

STIPULATION FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
NO. C 06-3524 JSW                              3