KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711

Attorneys for Plaintiff Ian Hunter, Ph.D.,
as Chair of the Trustees of the
Unemployment Services Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER, Ph.D, as Chair of the Trustees of the UNEMPLOYMENT SERVICES TRUST, a California grantor trust,<br><br>Plaintiff,<br><br>v.<br><br>OHIO INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>STIPULATION FOR TRIAL SETTING ORDER |

Plaintiff Ian Hunter, as the Chair of the Board of Trustees of Unemployment Services Trust ("UST"), and defendant Ohio Indemnity Company ("OIC"), stipulate to the following pre-trial and trial schedule in accordance with the Court's Case Management Order of March 14, 2008.

1. Trial:  Monday, October 20, 2008 at 8:30 a.m.
2. Pre-Trial Conference: Monday, September 29, 2008 at 2:00 p.m.
3. Proposed Pre-Trial Order: Monday, September 22, 2008
4. Motion in Limine Service Date: Friday, August 29, 2008
5. Motion in Limine Opp. Service Date: Tuesday, September 9, 2008

STIPULATION FOR TRIAL
SETTING ORDER
NO. C 06-3524 JSW                             1

1
2
3    Respectfully submitted,
4    Dated: March 28, 2008          MARION'S INN

    */s/ Mark Palley*  
    Digitally signed by Mark Palley  
    DN: cn=Mark Palley, o=Marion's Inn, ou, email=mp@marionsinn.com, c=US  
    Date: 2008.03.28 12:03:57 -08'00'

6                                   By /s/ Mark Palley
7                                        Mark Palley
8                                   Attorneys for Plaintiff Ian Hunter, Ph.D, as
                                    Chair of the Trustees of the Unemployment
9                                   Services Trust
10
11   Dated: March 28, 2008          GREENEN PEFFER SALLANDER & LALLY LLP
12
13                                  By /s/ Robert L. Sallander
                                         Robert L. Sallander
14
15                                  Attorneys for Defendant Ohio Indemnity
                                    Company Trust
16
17                                   O R D E R
18       Based on the parties' stipulation, the Court orders as follows:
19           1.    Trial: Monday, October 20, 2008 at 8:30 a.m.
20           2.    Pre-Trial Conference: Monday, September 29, 2008 at 2:00 p.m.
21           3.    Proposed Pre-Trial Order: Monday, ~~September 22~~ September 15, 2008
22           4.    Motion in Limine Service Date: Friday, August 29, 2008
23           5.    Motion in Limine Opp. Service Date: Tuesday, September 9, 2008
24
25       SO ORDERED.
26   DATED:    March 31, 2008
27
                                    _____
28                                  U.S. DISTRICT COURT JUDGE

STIPULATION FOR TRIAL
SETTING ORDER
NO. C 06-3524 JSW                          2