KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
Email: mp@marionsinn.com

Attorneys for Plaintiff Ian Hunter, Ph.D.,
as Chair of the Trustees of the
Unemployment Services Trust

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN HUNTER, Ph.D., as Chair of the Trustees) of the UNEMPLOYMENT SERVICES TRUST, a California grantor trust,<br><br>Plaintiff,<br><br>v.<br><br>OHIO INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>STIPULATION FOR ONE DAY EXTENSION TO SUBMIT PRE-TRIAL ORDER |

Plaintiff Ian Hunter, as the Chair of the Board of Trustees of Unemployment Services Trust ("UST"), and defendant Ohio Indemnity Company ("OIC"), stipulate to an Order extend the deadline for submission of the pre-trial Order by one day, to September 16, 2008. There is good cause for this change, in that there was a pipe break in the office of counsel for UST that disabled the office for several hours this morning, and problems with the internet service, making assembly of the pretrial materials substantially more difficult, and because the joining of the parties' submissions is still being worked on and cleaned up. The parties respectfully request that the Court permit the filing before the close of business on September 16, 2008 due to these circumstances.

STIPULATION FOR ONE DAY EXTENSION
TO SUBMIT PRE-TRIAL ORDER
NO. C 06-3524 JSW                               1

Respectfully submitted,

Dated: September 15, 2008

MARION'S INN

By _____
Mark Palley

2008.09.15
09:56:32 -07'00'

Attorneys for Plaintiff Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Services Trust

Dated: September 15, 2008

GREENEN PEFFER SALLANDER & LALLY LLP

By _____
Robert L. Sallander Jr.

Attorneys for Defendant Ohio Indemnity Company

## ORDER

Based on the parties' stipulation, the Court orders that the deadline to submit the pre-trial order is ~~Tuesday, September 16, 2008,~~ by 1:00 p.m. on September 16, 2008.

SO ORDERED.

DATED: September 16, 2008

_____
U.S. DISTRICT COURT JUDGE