Case 3:06-cv-03524-JSW   Document 144   Filed 09/18/08   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN HUNTER,

    Plaintiff,

v.

OHIO INDEMNITY COMPANY,

    Defendant.

No. C 06-03524 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE**

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is HEREBY REFERRED to referred to Magistrate Judge Spero to conduct a settlement conference on October 7, 2008 at 9:30 a.m. in Courtroom A on the 15th Floor.

**IT IS SO ORDERED.**

Dated: September 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom