```
Robert L. Sallander, Jr., SBN 118352
Robert G. Seeds, SBN 112026
Greenan, Peffer, Sallander & Lally LLP
6111 Bollinger Canyon Road
Suite 500
San Ramon, CA 94583
PHONE: (925) 866-1000
FAX: (925) 830-8787

Attorneys for Defendant
Ohio Indemnity Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Insurance Trust, a California Grantor Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Ohio Indemnity Company et al,<br><br>Defendants. | Case No. C 06-3524 JSW<br><br>STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION<br><br>Date: March 20, 2009<br>Time: 1:30 p.m. |

Plaintiff and defendant hereby stipulate:

This case settled on October 7, 2008, and the parties put their oral agreement on the record that day. That settlement called for two payments, after which this action would be dismissed, with prejudice, with each side bearing its own costs. Those payments have now been made, and pursuant to the parties' agreement on the record and in writing, this action should now be dismissed as agreed. In light of this submission, the parties jointly request that the case management conference, scheduled for Friday, March 20, 2009, at 1:30 p.m., be taken off calendar.

So stipulated.

March 18, 2009

By: /s/ Robert Seeds
Robert Seeds, Attorneys for Ohio Indemnity Co.

STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING CASE     Case No. C 06-3524 JSW

1 | March 18, 2009

By: *Mark Palley* 2009.03.18 10:23:41 -07'00'

Mark Palley, attorneys for Ian Hunter, Ph.D, as Chair of the Trustees of the Unemployment Insurance Trust, a California Grantor Trust

ORDER

Pursuant to the parties' agreement on the record and in writing, the Court dismisses this action effective immediately, with prejudice, with each side bearing its own costs. The case management conference scheduled for March 20, 2009 is off calendar.

So ordered.

DATED: March 19, 2009

By: *Jeffrey S. White*
Hon. Jeffrey White, United States District Court

STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING CASE     Case No. C 06-3524 JSW